**FILED**
DEC 6 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>     Plaintiff,              )<br>   v.                         )<br>APOLINAR BAUTISTA-RUIZ       )<br>                              )<br>                              )<br>     Defendant.               ) | Case No. 2:14cr276 JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, APOLINAR BAUTISTA-RUIZ, from custody subject to the conditions as stated on the record and for the following reasons:

\_\_   Release on Personal Recognizance

\_\_   Bail Posted in the Sum of: $

   \_\_   Unsecured Appearance Bond

   \_\_   Secured Appearance Bond

   \_\_   (Other) Conditions as stated on the record.

_X_   (Other) Defendant sentenced this date to time served.

Issued at  Sacramento, CA  on December 6, 2016 at 9:45 A.M.

By  /S/  _____
John A. Mendez
United States District Court Judge